STATE OF NEW JERSEY v. JOSEPH B. DISTEPHANO.

January 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH CROOKS.

January 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JERRY J. CIASULLI.

January 20, 1981.

Petition for certification denied.

IN THE MATTER OF DISCIPLINARY PROCEEDINGS AGAINST
ROMANO CIPOLAT, T/A THE LIGHTHOUSE BAR
AND GRILL.

January 20, 1981.

Petition for certification denied.